**FILED**

Jul 11 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            s/ MariaF            DEPUTY

1  Name:  Kimberlina Lea

2  Address:  2295 TEDESCA DRIVE HENDERSON NEVADA

3  Telephone Phone:  725-333-4424

4  Email:  KIMBERLINA.LEA777@GMAIL.COM

5

6

7

8  ## UNITED STATES DISTRICT COURT

9  ## SOUTHERN DISTRICT OF CALIFORNIA

10

11  KIMBERLINA LEA

12                                              Case No.:  **'22 CV 1003 RBM WVG**
                                                            (assigned at time of filing)
13                                  Plaintiff(s),

14                                              **COMPLAINT**
    v.
15
    MID CITY DIVISION POLICE
16  DEPARTMENT, Joshua Clabough,
    Ace Ybanez, Jason Gonzalez, Kevin
17  Cummings, Miles McCardle, David
    Burns and Joshua Leiber    Defendant(s).
18
19

20  **I.    RELATED CASES**

21        a.    Do you have other Civil Case(s) in this or any other federal court?

22              ☐ Yes      ☑ No

23        b.    If yes, please list the case numbers here:

24

25  **II.    STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how*

26        *each defendant is involved, and tell what each defendant did to you that caused*

27        *you to file this suit against them. Include names of any other persons involved,*

28        *dates, and places.)*

ON JULY 9, 2020 MY DAD, RICHARD PRICE, HAD AN ALTERCATION WITH A GUY/PIMP AND HIS TWO PROSITIUTES. THE GUY/PIMP ALLEDGELY ASSUMED MY DAD, RICHARD PRICE, EITHER WAS TRYING TO TALK THESE WOMEN OR INSULTED THEM VERBALLY. MY DAD WAS UNDER THE INFLUENCE AND THAT CAN BE VERFIED BY THE TOXICOLOGY REPORT THEY (MID CITY POLICE DEPARTMENT AND INTERNAL AFFAIRS ) WILL NOT ALLOW ME TO VIEW OR THE ATTORNIES I PREVIOUSLY HIRED ACCESS TO. THE PIMP PULLED OUT A GUN AND MY DAD UNDER THE INFLUENCE PULLED OUT THE AIRSOFT PELLET GUN WHICH IS LEGAL. HE CARRIED IT BECAUSE IT WAS LIVING IN HIS CAR AND STAYING WITH FRIENDS IN GANG AREAS. MY DAD, RICHARD PRICE LEFT THE AREA STUMBLING OFF, AND THIS IS WHEN THE TWO LADIES MADE A FALSE POLICE REPORT AND CALLED SAYING MY DAD , RICHARD PRICE HAD A REAL GUN. AT THE FIRST THE POLICE HAD A VAGUE DESCRIPTION AND WERE LOOKING FOR TWO MEN HENCE THE PIMP AND MY DAD, RICHARD PRICE. MY DAD, RICHARD PRICE WAS NOT AWARE OF ANYTHING REALLY, HE WAS NOT ACTING LIKE HIMSELF. IF MY DAD, RICHARD PRICE WAS HIS NORMAL SELF WOULD HAVE NEVER JUST WALKED DOWN THE STREET IF HE DID A CRIME WRONG, HOWEVER SEVERAL WITNESSES SEEN MY DAD UNDER THE INFLUENCE STUMBLING DOWN THE STREET. HE DID NOT ATTACK ANYONE. MY DAD, RICHARD PRICE ALSO DEALT WITH MENTAL ILLNESS. WHEN THE FIRST OFFICER ARRIVED, ACCORDING TO SEVERAL WITNESSES THE OFFICER TOLD MY DAD TO GET DOWN ON THE GROUND AND HE OBLIGED, HE ALSO SEEN THAT MY DAD RICHARD PRICE, WAS UNDER THE INFLUENCE AND TOLD HIM THAT HE WOULD SHOOT BEAN BAGS, THIS WHOLE INCIDENT COULD HAVE BEEN ESCALTED AND ADDRESSED, THE OFFICER LEFT MY DAD ON THE GROUND AND OTHER OFFICERS ARRIVED. THE OFFICERS NEVER TOLD OR ATTEMPTED TO SPEAK MY DAD, HELP HIM SEEING THAT HE MENTALLY WASN'T ALL TOGETHER. INSTEAD THEY USED EXCESSIVE FORCE, PROVOKED THE SITUATION THE SERGEANT AT THE SEEN ALLOWED OVER 10 SHOTS INTO MY DAD, RICHARD PRICE, THEY SHOT LIKE 4 BEAN BAGS AFTER HE WAS MURDERED AND THEN PROVOKED THE DOG TO ATTACK HIM WHILE HE WAS DYING. THEY LIED TO THE MEDIA, AND WITNESSES ADDRESSED. MY DAD'S CIVIL RIGHTS WERE VIOLATED BECAUSE HE WAS NOT TOLD HIS RIGHTS, THEY NEVER ARRESTED THE OTHER MAN NOR TOLD THE MEDIA THERE WAS ANOTHER. I AND MY ATTORNY WILL

→ Extra Sheet

M.L.

*Continuation Complaint*

LOOSE. AND HE WAS TERRFIED OR NOT FULLY AWARE OF WHAT WAS GOING ON YOU CAN SEE HIM STANDING SLUGGISHLY, THE DISTANCE BETWEEN THE CAR SHIELDING MY DAD AND THE OFFICERS WAS FAR. MY DAD COULD NOT EVEN HOLD THE GUN. THIS WHOLE SITUATION COULD HAVE PREVENTED AND WAS NOT PROPERLY INVESTIGATED DUE TO SEVERAL MISCONDUCT OF THE OFFICERS AND SERGEANT. THAT IS WHY THE OFFICER WAS CRYING. THE MID CITY DIVISION ALSO REFUSE TO RELEASE ALL OF THE BODY CAMS BECAUSE IT IS EVIDENCE OF WHAT I AM TYPING. ALL OF THESE OFFICERS Joshua Clabough, Ace Ybanez, Jason Gonzalez, Kevin Cummings, Miles McCardle, David Burns and Joshua Leiber, AND THE POLICE DEPARTMENT PLAYED A UNLAWFUL ROLE IN THE DEATH OF MY DAD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**III.**   **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*

*Do not use this space to state the facts of your claim.)*

THE MURDER OF MY DAD, RICHARD PRICE WHICH IS ONLINE
FOREVER FOR MYSELF TO SEE AND HIS GRANDCHILDREN HAS
CAUSED ALOT OF PAIN EMOTIONALLY, ALSO THE PTSD FROM THE
GUNSHOTS HAS TRAMATIZED ME. I WOULD LIKE TO BE
COMPENSATED FOR MY DAD'S , RICHARD PRICE DEATH, SO THAT I
CAN PROPERLY BURY HIM, GET THERAPY, AND TAKE CARE OF ALL
HIS MY OTHER SIBLINGS ALL OF THEM HAVE BEEN EMOTIONALLY
HARMED, I WANT EVERYTHING PERSONAL RELEASED OF MY DAD,
I WOULD LIKE ALL THE POLICE CAMS FROM Joshua Clabough, Ace
Ybanez, Jason Gonzalez, Kevin Cummings, Miles McCardle, David Burns
and Joshua Leiber RELEASED UNEDITED. I AM SEEKING 10 MILLION
DOLLARS TO SPLIT BETWEEN MY SIBLINGS AND SO THAT THEY
CAN BE TAKEN CARE OF SINCE MY DAD RICHARD PRICE WAS
TAKEN AWAY, AND FOR THE 2 YEARS OF GRIEF, AND THE LIES
FROM THE OFFICERS AND DEPARTMENT

**IV.     DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☑ Yes          ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

7/7/22
_____
Date

_____
Signature

_____
Printed Name

4

1   If employed, how much do you earn per month?_____

2   If not employed, give month and year of last employment: 4/2020____

3   How much did you earn per month in your last employment? 3500_____

4   If married, is your spouse employed? ____ yes   X   no

5   If "YES," how much does your spouse earn per month? _____

6   If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7   income? _____

8

9       B.      Assets

10          (i)      Other Income

11   Have you received within the past 12 months any income from a business, profession or other

12   form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity

13   payments or other sources? __X__ yes   _____ no

14   If "YES," give the amount received and identify the sources:

15              $ Received                    Source

16              TANF                    NEVADA GOVERNMENT

17              EBT                     NEVADA GOVERNMENT

18   _____

19   _____

20   _____

21   _____

22   _____

23

24

25

26

27

28   (Attach additional sheets as necessary)

::ODMA\PCDOCS\WORDPERFECT\23126\1  May 27, 1999 (3:47pm)                5

(ii)     Cash

Have you any cash on hand or money in savings or checking accounts? ___ yes X no

If "YES," state total amount: _____

(iii)    Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  X yes ___ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| 2000 | 2005 CADILLAC ESCALADE |

C.     Obligations and Debts

(i)     Dependents

Your marital state is: ___ single  X married ___ widowed, separated or divorced.

Your total number of dependents is : 11 _____

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|

1                 (ii)    <u>Debts and Monthly Bills</u>

2         List all creditors, including banks, loan companies and charge accounts, etc.

3              <u>Creditor</u>                    <u>Total Debt</u>           <u>Monthly Payment</u>

4 Rent: _____

5 Mortgage

6 on Home:_____

7 Others:

8

9

10

11

12

13

14

15     9.      <u>Signature</u>

16         I declare under penalty of perjury that the above is true and correct.

17

18 Dated: _7/7/2022_____

19                                       _____

20                                         Signature

21 (Notarization is not required)

22

23

24

25

26

27

28